# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ROBERT JENKINS,<br><br>                            Petitioner,<br><br>  v.<br><br>FAKHOURY, Warden,<br><br>                           Respondent. | Civil No.   09cv2431-DMS (WMc)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

      The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Although Petitioner has attached a copy of his inmate trust account, relevant information has been redacted, and the

1 account statement is not certified.  Petitioner has failed to provide the Court with the required
2 certified Prison Certificate.  (The proper Southern District in forma pauperis form, which
3 includes the required Prison Certificate, is attached for Petitioner's convenience.)

4      Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and
5 **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner must, no later
6 than January 10, 2010, provide the Court with:  (1)  a copy of this Order together with the $5.00
7 filing fee; or (2)  a copy of this Order together with adequate proof that Petitioner cannot pay the
8 $5.00 filing fee.

9      **IT IS SO ORDERED.**

11 DATED:  November 12, 2009

13                               HON. DANA M. SABRAW
                              United States District Judge

15 CC:       ALL PARTIES